Evansville, etc., R. Co. *v.* Huffman.

EVANSVILLE AND INDIANAPOLIS RAILROAD COMPANY *v.*
HUFFMAN.

[No. 3,405.   Filed December 13, 1900.]

From the Clay Circuit Court.   *Reversed.*

*J. G. Williams, D. P. Williams* and *G. A. Knight,* for appellant.
*Albert Payne* and *G. S. Payne,* for appellee.

PER CURIAM.—Upon the appellee's confession of error, filed in this
cause, the judgment is reversed, and the cause is remanded with in-
struction to sustain the appellant's demurrer to the complaint.